JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOLORS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> WHITE MARK UNIVERSAL, INC., et al., <br><br> Defendants. | Case No.: 2:23-cv-04032-DSF-RAO <br> *Honorable Dale S. Fischer Presiding* <br><br> **JUDGMENT** |

# JUDGMENT

**JUDGMENT IS ENTERED AS FOLLOWS:**

1. Judgment is entered against Defendant White Mark Universal, Inc., and in favor of Plaintiff Unicolors, Inc., in the amount of Fifteen thousand dollars and zero cents ($15,000.00);

2. White Mark Universal, Inc. shall be enjoined from making any further sales of product bearing the Subject Design; and

3. White Mark Universal, Inc. shall pay this judgment within thirty (30) days of its entry.

**IT IS ORDERED AND ADJUDGED THAT THE ABOVE JUDGMENT BE ENTERED BY THE CLERK.**

Dated: October 26, 2023         By: _____
                                    HONORABLE DALE S. FISCHER
                                    UNITED STATES DISTRICT JUDGE